## MEMORANDUM ORDER.

### STATE v. JAMES COTTLE AND EDGAR RENFROW.

(Filed 16 October, 1951.)

APPEAL by defendants from *Stevens, J.,* February Term, 1951, of SAMPSON.

Appeal dismissed without written opinion upon authority of *S. v. Lea,* 203 N.C. 316.

JOHNSON, J., took no part in the consideration or decision of this case.